R#00151120 CK#3024
$19.06

# DIVIDENDS REMITTED TO THE COURT

FILED

Check Number 3024 Dated 10/13/10
Case Number 10-12918 - WAINIO, DAVID GERARD

2010 OCT 14 AM 9: 29

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource LP As Agent for<br>World Financial Network National Bank As<br>Woman Within<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | 000002 | 624.08 | 2.56 |
| CenturyTel of Ohio, Inc.<br>dba CenturyLink<br>c/o Rex D. Rainach, APLC<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 | 000004 | 184.47 | 0.75 |
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS, OHIO 43215 | 000007 | 251.55 | 1.03 |
| Lorain County Department of Job<br>and Family Services<br>42485 Northridge Road<br>Elyria, OH 44035 | 000008 | 662.00 | 2.71 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000010 | 430.74 | 1.77 |
| Akron General Medical Center<br>P.O. Box 182801<br>Columbus, OH 43218 | 000011 | 1,062.87 | 4.36 |
| JB Robinson<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309 | 000012 | 183.60 | 0.75 |
| OHIO EDISON BANKRUPTCY<br>DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>　(13-1) Electric Service | 000013 | 100.31 | 0.41 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>　(17-1) SAM'S CLUB | 000017 | 96.25 | 0.39 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>　(18-1) LOWES CONSUMER | 000018 | 459.96 | 1.89 |

# DIVIDENDS REMITTED TO THE COURT
Check Number 3024 Dated 10/13/10
Case Number 10-12918 - WAINIO, DAVID GERARD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Diversified Management Corp.**<br>**c/o Powers Friedman Linn, PLL**<br>**23240 Chagrin Blvd., Suite 180**<br>**Beachwood, Oh 44122** | **000024** | **595.89** | **2.44** |
| ----------- Remittance Total -------------- | | 4,651.72 | 19.06 |

SHELDON STEIN, BANKRUPTCY TRUSTEE